**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-80265-CV-MIDDLEBROOKS/Matthewman

NATHANIEL LOSEE,

    Plaintiff,

v.

TAMIRU GEBREYES, et. al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on United States Magistrate Judge William Matthewman's Report and Recommendation (the "Report") entered on October 3, 2023. (DE 51). The Judge Matthewman recommends striking Defendants' Answer and Affirmative Defenses for their willful, bad faith violations of this Court's Orders. The Report also recommends that I enter Default against the Defendants for the same reasons. Defendants have filed no objections to his recommendations, and the deadline for them to do so passed on October 16, 2023.

Upon review of the Report and the record, I agree with Judge Matthewman's conclusions and find that his reasoning as set forth in the Report is accurate and thorough. I originally stayed this simple personal injury case for over four years because Defendants' insurance carrier has been placed in permanent receivership pursuant to a Nevada state court order to allow the appointed receiver time to oversee the operation, rehabilitation and/or liquidation of Defendants' insurance carrier. However, upon representations that, even at this point, the receivership proceedings might take several more years, I reopened the case. (DE 38).

Since I reopened the case, Defendants have failed to appear at court-scheduled conferences and have continuously failed to respond to any of the Court's orders to show cause. On August 18, 2023, the Magistrate Judge entered a final show cause order, informing the Defendants that if they failed to respond to that show cause Order, sanctions *shall* issue. Yet again, the Defendants did not comply. Thus, for all the reasons articulated in the report and recommendation, I find that the Defendants' failures in responding to four separate court orders, and their failure to attend a court-mandated hearing, warrant the sanctions of striking the Defendants' pleadings and entering default against them.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Matthewman's Report and Recommendation (DE 51) is **ADOPTED**.

(2) Defendants' Pleadings (DE 1-2 at 34–38) shall be **STRICKEN FROM THE RECORD**.

(3) The clerk **SHALL ENTER** default against the Defendants.

(4) Plaintiff, if he so desires, may file for default judgment on or by **November 3, 2023.** Moreover, Plaintiff is advised that pursuant to S.D. Fla. Local Rule 7.1(a)(2), motions for default judgment must be "accompanied by a proposed order that is filed and submitted via e-mail to the Court as prescribed by Section 3I(6) of the CM/ECF Administrative Procedures." The proposed order must contain legal analysis as to the claims on which Plaintiff is seeking default final judgment and how the pled facts, taken as true, justify awarding Plaintiff default judgment. Plaintiff must ensure that its proposed order with the court is emailed in Word format to the court's e-filing address: middlebrooks@flsd.uscourts.gov. If no timely motion and appropriate proposed order are filed, this matter is subject to dismissal without prejudice

**SIGNED** in Chambers at West Palm Beach, Florida, this 19th day of October, 2023.

Donald M. Middlebrooks
United States District Judge

Cc: counsel of Record

Tamiru Gebreyes
972 Chippendale Lane
Norcross, GA 30092
PRO SE

Muluken Wudneh
2624 Oak Grove Road
Loganville, GA 30083
PRO SE